IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| CITY UNION MISSION, INC.,<br>    PLAINTIFF-APPELLANT,<br><br>vs.<br><br>MIKE SHARP,<br>JACKSON COUNTY SHERIFF'S OFFICE, AND JACKSON COUNTY, MISSOURI;<br>    DEFENDANTS-APPELLEES;<br><br>AND<br><br>STATE OF MISSOURI,<br>    INTERVENOR-APPELLEE. | NO. 20-3435<br><br>CORPORATE DISCLOSURE STATEMENT |

    Pursuant to Fed. R. App. P. 26.1, Appellant City Union Mission, Inc., states that it is a Missouri nonprofit corporation and has no parent company; further, it has no subsidiaries or affiliates with shares issued to the public.

    Respectfully submitted,

**LAW OFFICES OF JONATHAN R. WHITEHEAD, LLC**

/s/ Jonathan R. Whitehead
Jonathan R. Whitehead, Mo. 56848
229 S.E. Douglas St., Ste. 210
Lee's Summit, Mo 64063
816.398.8305 - Phone
816.278.9131 – Fax
Jon@WhiteheadLawLLC.com
**ATTORNEY FOR PLAINTIFF CITY UNION MISSION, INC.**

# CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following persons this 23rd day of November 2020:

> Joshua Haner, Esq.
> Dawn Diel, Esq.
> Jackson County Counselor's Office
> 2nd Floor, Jackson County Courthouse
> 415 E. 12th Street Kansas City, MO 64106
> **ATTORNEYS FOR APPELLEES**

I further certify that some of the participants in the case are not yet CM/ECF users associated with the case. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following:

> Eric Schmitt, Attorney General
> John Sauer, Esq.
> Missouri Attorney General's
> Office Supreme Court Building
> P.O. Box 899
> Jefferson City, Missouri 65102-0899
> **ATTORNEYS FOR INTERVENOR STATE OF MISSOURI**

                                                /s/ Jonathan R. Whitehead
                                                AN ATTORNEY FOR APPELLANT