IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| *City Union Mission, Inc.,* <br>   *Plaintiff-Appellant,* <br><br> *vs.* <br><br> *Mike Sharp,* <br> *Jackson County Sheriff's Office, and* <br> *Jackson County, Missouri,* <br><br>   *Defendants-Appellees;* <br><br>   *and* <br><br> *State of Missouri,* <br><br>   *Intervenor-Appellee* | APPEAL NO. 20-3435 <br><br> APPELLANT'S CERTIFICATE OF NO TRANSCRIPT ORDERED |

  Pursuant to Fed. R. App. P. 10, Appellant believes the record will consist entirely of the original papers and exhibits filed in the district court, and the certified copy of the docket entries prepared by the clerk. Therefore, pursuant to Fed. R. App. P. 10(b)(1)(B), Appellant certifies that it will order <u>no</u> transcript of any proceedings.

1

The required statement of issues to be raised will be filed contemporaneously.

Respectfully submitted,

Law Offices of Jonathan R. Whitehead, LLC

/s/ Jonathan R. Whitehead
Jonathan R. Whitehead, Mo. 56848
229 S.E. Douglas St., Ste. 210
Lee's Summit, Mo 64063
816.398.8305 - Phone
816.278.9131 – Fax
Jon@WhiteheadLawLLC.com
Attorney for Appellant
City Union Mission, Inc.

## Certificate of Service

A copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following persons this 4th day of December 2020:

>Joshua Haner, Esq.
>Dawn Diel, Esq.
>Jackson County Counselor's Office
>2nd Floor, Jackson County Courthouse

415 E. 12th Street
Kansas City, MO 64106
Attorneys for Defendant-Appellees

I further certify that some of the participants in the case are not yet CM/ECF users associated with the case. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following:

Denise Garrison McElvein, Esq.
Missouri Attorney General's Office –STL
815 Olive Street, Ste. 200
St. Louis, Missouri 63101
Attorneys for Intervenor-Appellee State of Missouri

/s/ Jonathan R. Whitehead
An Attorney for Appellant
City Union Mission, Inc.