In the United States Court of Appeals
for the Eighth Circuit

*City Union Mission, Inc.,*
    *Plaintiff-Appellant,*

*vs.*

*Mike Sharp,*
*Jackson County Sheriff's Office, and*
*Jackson County, Missouri,*

    *Defendants-Appellees;*

    *and*

*State of Missouri,*

    *Intervenor-Appellee*

Appeal No. 20-3435

Appellant's Designation of Method of Appendix Preparation and Certificate of Service

The Plaintiff-Appellant and Defendant-Appellees have agreed to use the Joint Appendix method, FRAP 30(a) & (b), and on the proposed content, but have not yet been able to obtain agreement from Intervenor-Appellee State of Missouri. Accordingly, Plaintiff-Appellant will serve the designation required on all parties pursuant to Rule 30(b)(1).

1

I certify that on this 4th Day of December 2020, I have caused to be served:

1. Appellant's designation of the parts of the record the appellant intends to include in the appendix;

2. Appellant's statement of the issues the appellant intends to present for review; and

3. this certificate

All were served by mail, using First-Class Mail, postage prepaid, to the following:

Joshua Haner, Esq.
Dawn Diel, Esq.
Jackson County Counselor's Office
2nd Floor, Jackson County Courthouse
415 E. 12th Street
Kansas City, MO 64106
Attorneys for Defendant-Appellees


Denise Garrison McElvein, Esq.
Missouri Attorney General's Office –STL
815 Olive Street, Ste. 200
St. Louis, Missouri 63101
Attorneys for Intervenor-Appellee State of Missouri

Respectfully submitted,
Law Offices of Jonathan R. Whitehead, LLC

/s/ Jonathan R. Whitehead
Jonathan R. Whitehead, Mo. 56848
229 S.E. Douglas St., Ste. 210
Lee's Summit, Mo 64063
816.398.8305 - Phone
816.278.9131 – Fax
Jon@WhiteheadLawLLC.com
Attorney for Appellant City Union Mission, Inc.